

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-16-00223-CV

**CITY OF SAN ANTONIO**, Acting by and through City Public Service Board ("CPS Energy"),
Appellants

v.

**TOMMY HARRAL CONSTRUCTION, INC.**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 383269
Honorable Jason Wolff, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Luz Elena D. Chapa, Justice
           Jason Pulliam, Justice

We grant the City of San Antonio's petition for permissive appeal. A notice of appeal is deemed filed as of the date of this order. *See* Tex. R. App. P. 28.3(k). We order the clerk of this court to file a copy of this order with the trial court clerk. *See id.*

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court